Kelsey v Rutledge (2023 NY Slip Op 01503)

Kelsey v Rutledge

2023 NY Slip Op 01503

Decided on March 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
FRANCESCA E. CONNOLLY
LINDA CHRISTOPHER
BARRY E. WARHIT, JJ.

2021-02630
 (Index No. 7/21)

[*1]Michael N. Kelsey, appellant,
v
Jeffrey Rutledge, etc., defendant.

Michael N. Kelsey, Hudson, NY, appellant pro se.

DECISION & ORDER
In an action for declaratory relief, the plaintiff appeals from an order of the Supreme Court, Dutchess County (Hal B. Greenwald, J.), dated March 5, 2021. The order, insofar as appealed from, sua sponte, directed dismissal of the complaint for failure to state a cause of action.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed, as no appeal lies as of right from an order that does not decide a motion made on notice, and we decline to grant leave to appeal (see CPLR 5701[a][2]; Sholes v Meagher, 100 NY2d 333, 335; Nanakumo v Gregory, 29 AD3d 754).
DUFFY, J.P., CONNOLLY, CHRISTOPHER and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court